ARMSTRONG UTILITIES, INC., APPELLANT, *v.* WALDON MANAGEMENT CORPORATION ET AL., APPELLEES.

[Cite as *Armstrong Util., Inc. v. Waldon Mgt. Corp.* (1994), 70 Ohio St.3d 547.]

(No. 93–2354—Submitted September 14, 1994—Decided October 19, 1994.)

*Cohen & Grigsby, P.C., Henry C. Cohen, Robert W. Doty* and *Laura A. Meaden; Comstock Springer & Wilson* and *David C. Comstock,* for appellant.

*Johnson & Johnson* and *Eric C. Johnson,* for appellees.

The judgment of the court of appeals is vacated and the cause is remanded to the trial court for further proceedings consistent with *Cablevision of the Midwest, Inc. v. Gross* (1994), 70 Ohio St.3d 541, 639 N.E.2d 1154, decided today.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK and F.E. SWEENEY, JJ., concur.

PFEIFER, J., dissents.